UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------

ELAINE L. CHAO, SECRETARY OF LABOR, :
UNITED STATES DEPARTMENT OF LABOR,
                                    :
            Plaintiff,
                                    :
    v.                                      CIVIL ACTION
                                    :
MARILYN CONSTABLE; MYRON RODZAY;            NO. 04-1002
AGOSTINO CORSO; RANDY CELLONE;      :       (Judge Lancaster)
JAMES GALICIC; LOCAL 19, BAKERY
CONFECTIONERY TOBACCO WORKERS and   :
GRAIN MILLERS UNION; NATIONAL CITY
BANK; DOLLAR BANK, F.S.B.; THE      :
VANGUARD GROUP, INC.; THE AMERICAN
FUNDS GROUP, INC.; ADVEST, INC.; SKY :
BANK, successor by merger to THREE RIVERS
BANK AND TRUST, successor by merger to :
COMMUNITY SAVINGS BANK; and the ABC
LOCAL NO. 12 EMPLOYER and EMPLOYEE  :
LIFE BENEFIT FUND,
                                    :
            Defendants.
------------------------------------

## ORDER

Upon Motion of Plaintiff, the Notice of Dismissal of Sky Bank, successor by merger to Three Rivers Bank and Trust, successor by merger to Community Savings Bank, ("Sky Bank") is approved.

Date: 1/25/06

_____
Gary L. Lancaster
United States District Court Judge