UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

---

ELAINE L. CHAO, SECRETARY OF LABOR
UNITED STATES DEPARTMENT OF LABOR

Plaintiff,

v.

MARILYN CONSTABLE; MYRON RODZAY;
AGOSTINO CORSO, RANDY CELLONE;
JAMES GALICIC; LOCAL 19, BAKERY
CONFECTIONERY TOBACCO WORKERS
and GRAIN MILLERS UNION; NATIONAL
CITY BANK OF PENNSYLVANIA; DOLLAR
BANK, F.S.B.; THE VANGUARD GROUP, INC.
THE AMERICAN FUNDS GROUP, INC.;
ADVEST, INC.; SKY BANK, successor by merger
to THREE RIVERS BANK AND TRUST, successor
by merger to COMMUNITY SAVINGS BANK
and the ABC LOCAL NO. 12 EMPLOYER AND
EMPLOYEE LIFE BENEFIT FUND,

Defendants

CIVIL ACTION

NO. 04-1002

---

### MOTION TO APPROVE INDEPENDENT FIDUCIARY FEES

David Lipkin of Metro Benefits, Inc., 4900 Perry Highway, Pittsburgh, PA 15229, as the Independent Fiduciary for the ABC Local No. 12 Employer and Employee Life Benefit Fund, hereby moves that the Court approve the payment of fees incurred by David M. Lipkin, F.S.A. as Independent Fiduciary and Metro Benefits, Inc. for the period from 9/17/05 to 3/31/06 in the amount of $4,747.50.

1. Attached as Exhibit A to this Motion is the Invoice for $4,747.50 and supporting Timeslip worksheets detailing the duties performed by David M. Lipkin, F.S.A. and by Metro Benefits, Inc. on behalf of the Plan.

2.  Attached as Exhibit B to this Motion is a signed Action and Consent by Independent Fiduciary authorizing the payment of all expenses incurred in conducting the business of the Plan.

Date: 5/25/06

Diane M. Barton, CPC, CEBS
Managing Consultant

## ORDER

It is hereby Ordered that the fees of $4,747.50 are approved

Date: 5/26/06

Gary L. Lancaster
United States District Judge