UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF PENNSYLVANIA

---

ELAINE L. CHAO, SECRETARY OF LABOR, :
UNITED STATES DEPARTMENT OF LABOR,
:
          Plaintiff,
:
v.                                                       CIVIL ACTION
:
MARILYN CONSTABLE; MYRON RODZAY;     NO. 04-1002
AGOSTINO CORSO; RANDY CELLONE;
JAMES GALICIC; LOCAL 19, BAKERY :
CONFECTIONERY TOBACCO WORKERS and :
GRAIN MILLERS UNION; NATIONAL CITY
BANK OF PENNSYLVANIA; :
:
          Defendants.

---

**ORDER**

AND NOW, this 13th day of _____, 2006, upon consideration of plaintiff's Motion to Amend Pretrial Statement, it is hereby ORDERED that said motion is GRANTED and Nick Andrews is added as a witness to the Plaintiff's Pretrial Statement.

                                                                     Gary L. Lancaster
                                                                     United States District Judge