UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF PENNSYLVANIA

---

ELAINE L. CHAO, SECRETARY OF LABOR,   :
UNITED STATES DEPARTMENT OF LABOR,
                                       :
            Plaintiff,
                                       :
v.                                         CIVIL ACTION
                                       :
MARILYN CONSTABLE; MYRON RODZAY;           NO. 04-1002
AGOSTINO CORSO; RANDY CELLONE;         :
JAMES GALICIC; LOCAL 19, BAKERY
CONFECTIONERY TOBACCO WORKERS and      :
GRAIN MILLERS UNION; NATIONAL CITY
BANK OF PENNSYLVANIA;                  :
                                       :
            Defendants.
---

## ORDER

AND NOW, this ___7th___ day of ___Dec___, 2006, upon consideration of plaintiff's Motion to Second Amended Pretrial Statement, it is hereby ORDERED that said motion is GRANTED and GX 59, GX 425, GX 479, GX 586, GX 752 to GX 756 are added to Plaintiff's Second Amended Pretrial Statement, and the descriptions of GX 198, GX 268, GX 364, and GX 387 are amended as reflected in the Amended Appendix B.

Date: _____

_____
Gary L. Lancaster
United States District Judge