UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, : : Plaintiff, : : v. : : MARILYN CONSTABLE; MYRON RODZAY; AGOSTINO CORSO; RANDY CELLONE; : JAMES GALICIC; LOCAL 19, BAKERY CONFECTIONERY TOBACCO WORKERS and : GRAIN MILLERS UNION; NATIONAL CITY BANK OF PENNSYLVANIA, : Defendants. | CIVIL ACTION NO. 04-1002 |

---

**ORDER**

FOR GOOD CAUSE SHOWN, and upon Motion of Plaintiff, it is ORDERED that the above-captioned case is removed from the jury pool and set for bench trial before the Court.

Parties need not submit any motions in limine, points for charge, or proposed voir dire questions.

Date: 12/10/06

Gary L. Lancaster
U.S. District Judge